**Motion for Appointment of Counsel and Stay of Fine**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

**UNITED STATES OF AMERICA**

**V.**

**CHADDERICK GARNER**

HD

Rcv'd by: AN

**Case No.:** 1:25-po-03722-CDA

USDC- BALTIMORE
'26 AUG 24 AM9:03

# MOTION FOR APPOINTMENT OF APPELLATE COUNSEL AND STAY OF FINE PENDING APPEAL

Defendant Chadderick Garner, proceeding *pro se*, respectfully moves this Court to appoint appellate counsel to represent him in his appeal to the District Court Judge, and further moves the Court to stay the execution of any imposed fine

pending the resolution of this appeal. In support, Defendant states:

1. Defendant is indigent, cannot afford legal representation, and cannot pay the fine imposed by the Court.

2. Defendant was previously found eligible for court-appointed counsel and was represented by appointed counsel during the underlying proceedings before the Magistrate Judge. [1]

3. Defendant has filed a timely Notice of Appeal pursuant to Federal Rule of Criminal Procedure 58(g)(2).

4. Pursuant to 18 U.S.C. § 3006A and Federal Rule of Criminal Procedure 38(c), Defendant is entitled to continuous legal representation on appeal and a stay of the fine pending

the outcome of the appellate review. [1]

WHEREFORE, Defendant respectfully requests that this Court grant this Motion, appoint appellate counsel, and stay any financial penalties pending the final disposition of this appeal.

Dated: August 24, 2026

Respectfully submitted,

*(Your Signature)*

**Chadderick Garner, Defendant Pro Se**
5107 Ivanhoe Avenue
Baltimore, MD 21212
410-533-0517

# Updated Certificate of Service (Hand-Delivery)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**
**UNITED STATES OF AMERICA**
**v.**
**CHADDERICK GARNER**
**Case No.:** 1:25-po-03722-CDA

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2026, a true and correct copy of the foregoing Notice of Appeal and Motion for Appointment of Appellate Counsel and Stay of Fine Pending Appeal was served via hand-delivery to the attorney for the United States at the following address:

**Office of the United States Attorney**
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
Dated: August 24, 2026
Respectfully submitted,
*(Your Signature)*

**Chadderick Garner, Defendant Pro Se**
5107 Ivanhoe Avenue
Baltimore, MD 21212
410-533-0517